IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DORIS ANDRUS-MAXWELL,

        Plaintiff,

v.                                                            Civ. No. 22-cv-0009 JHR/KK

LEEROSS BENAVIDEZ,

        Defendant.

## MEMORANDUM OPINION AND ORDER
## GRANTING PLAINTIFF'S ATTORNEY'S FEES AND COSTS

THIS MATTER comes before the Court following its recent Memorandum Opinion and Order Granting Plaintiff's Motion to Remand. [Doc. 12]. The Court, among others, granted Plaintiff Doris Andrus-Maxwell's request for reasonable attorney's fees and costs. [Doc. 12, pp. 3-4]. Maxwell filed her Affidavit in Support of Attorney's Fees on June 20, 2022. [Doc. 16]. Defendant Leeross Benavidez did not respond and the time to do so has passed. [*See* Doc. 12, p. 4].

Maxwell seeks $2,427.19 in expenses for 10 hours of work at $225.00 per hour. [Doc. 16, pp. 2-3]. Local Rule 7.1(b) provides that "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b). "[L]ocal rules of practice, as adopted by the district court, have the force effect of law, and are binding upon the parties and the court which promulgated them . . ." *Smith v. Ford Motor Co.*, 626 F.2d 784, 796 (10th Cir. 1980) (internal citation and quotation omitted). Maxwell's affidavit is functionally a motion for attorney's fees, and Benavidez failed to respond. Benavidez' failure constitutes consent to grant attorney's fees. Moreover, the Court has independently examined Maxwell's requested fees and found them reasonable.

1

Accordingly, the Court grants Maxwell's request for reasonable attorney's fees and costs, and awards her the amount requested: $2,427.19. Benavidez shall make this payment within thirty (30) days of the entry of this Order.

**SO ORDERED.**

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*